**MEYER LAW GROUP LLP**
A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone: (415) 765-1588
Facsimile: (415) 762-5277
Email: brent@meyerllp.com

Attorneys for Debtor
BELLAROSE ARZADON BACLIG

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>BELLAROSE ARZADON BACLIG,<br><br>Debtor. | BK Case No.: 23-30311-HLB<br><br>Chapter 13<br><br>**DECLARATION OF COUNSEL BRENT D. MEYER IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR FILED BY MEYER LAW GROUP LLP**<br><br>Date: [NO HEARING SCHEDULED]<br>Time:<br>Location: Telephonic / Videoconference[1]<br>Judge: Hon. Hannah L. Blumenstiel |

[1] See *https://www.canb.uscourts.gov/sites/default/files/announcements/SF%20Division%20Hearing%20Procedures%20%28as%20of%209.1.2023%29.pdf* (All "hearing[s] will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video.")



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

Case: 23-30311 Doc# 29-1 Filed: 09/25/23 Entered: 09/25/23 11:23:36 Page 1 of 3

I, Brent D. Meyer, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and I am admitted to practice in the above-referenced Court. I am an attorney in the law firm Meyer Law Group, LLP ("Meyer LLP"), counsel for debtor Bellarose Arzadon Baclig ("Debtor"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true.

2. I make this declaration in support of the *Motion to Withdraw as Counsel for Reorganized Debtor Filed by Meyer Law Group, LLP* (the "Motion") filed concurrently herewith in the about referenced matter.

3. As of the date of the Declaration, there has been a breakdown in communications between myself (and the law firm Meyer Law Group, LLP) and Debtor regarding representation in the above-captioned matter. Unfortunately, however, applicable law prohibits me from disclosing confidential attorney-client communications related to the breakdown of communications with Debtor in this matter, but upon request, I will provide the Court with any additional facts requested for in camera review, to the extent authorized by applicable law.

4. Despite repeated attempts to provide Debtor with sound legal advice, Debtor has not heeded my legal advice and failed to take necessary steps to implement the terms of her proposed Chapter 13 Plan [Dkt. No. 18].

5. On August 16, 2023, I sent an email to Debtor along with a *Substitution of Attorney* to effectuate termination of Meyer LLP as counsel, in which Debtor would represent herself (in *pro per*) in the Bankruptcy Case, until such time that she retains new counsel. Unfortunately, Debtor did not respond to this email. Id.

6. On August 25, 2023, I followed up with Debtor regarding executing the *Substitution of Attorney*, but unfortunately, again Debtor did not respond to this email or provide an executed copy of the *Substitution of Attorney*.

7. As of the date of the Declaration, I have spent in excess of thirty (30) hours working on above-captioned matter, I did not receive a pre-petition retainer from Debtor, I have



Case: 23-30311 Doc# 29-1 Filed: 09/25/23 Entered: 09/25/23 11:23:36 Page 2 of 3

not received any payments from third-parties, I have not received any payments from the Trustee, and I even personally advanced payment for the Chapter 13 filing fees ($313.00), the pre-filing credit counseling course ($25.00), and the credit report ($38.00) on behalf of Debtor.[2]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of September, 2023 at Walnut Creek, California.

By: /s/ BRENT D. MEYER
Brent D. Meyer

[2] The Motion shall not in any way be construed as a waiver of the attorney's fees and costs incurred by Meyer Law Group, LLP in this matter, and the firm reserves the right to seek payment from Debtor for fees incurred and costs advanced in this matter.



MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com



Case: 23-30311 Doc# 29-1 Filed: 09/25/23 Entered: 09/25/23 11:23:36 Page 3 of 3